## PEOPLE v. MALONE.

This case is controlled by *People* v. *Wilcox, ante,* 287, and *People*
v. *Stambaugh, post,* 300.

Appeal from Wayne; Pugsley (Earl C.), J., pre-
siding. Submitted June 11, 1942. (Docket No. 53,
Calendar No. 41,724.) Decided November 24, 1942.
Rehearing denied December 22, 1942. Certiorari de-
nied by Supreme Court of the United States April
5, 1943.

Bertha Malone was convicted of conspiracy to ob-
struct justice. Affirmed.

*George S. Fitzgerald* and *Frank G. Schemanske,*
for appellant.

*Herbert J. Rushton,* Attorney General, *Edmund
E. Shepherd,* Solicitor General, *Thomas A. Kenney,*
Assistant Attorney General, and *Chester P. O'Hara,*
Special Prosecuting Attorney, for the people.

BUSHNELL, J. Bertha Malone, a bawdy-house
keeper, was tried by a jury, together with other de-
fendants, and convicted on the charge of conspiring
to obstruct justice.

She is before the court on the same record as the
other defendants and she joins in the brief of de-
fendants Wilcox, Elliott, Lansberg and others. As
she does not raise any questions not considered in
the opinions rendered herewith in the cases of Wil-

cox, Elliott and Lansberg,[*] those decisions control our determination in the instant case.

Conviction and judgment affirmed.

Chandler, C. J., and North, Starr, Butzel, and Sharpe, JJ., concurred. Boyles and Wiest, JJ., did not sit.